[No. 7351.  Decided August 6, 1908.]

MARY M. MILLER et al., Appellants, v. N. B. COFFMAN et al.,
Respondents.[1]

Appeal from a judgment of the superior court for Lewis county,
Rice, J., entered January 9, 1908. Affirmed.

*Blaine, Tucker & Hyland* and *James B. Kinne*, for appellants.
*Millett & Harmon* and *Hayden & Langhorne*, for respondents.

PER CURIAM.—The question for decision in this case is the same
as that presented in the case of *Miller v. Henderson, ante* p. 200, 96
Pac. 1052, and for the reasons therein stated will stand affirmed.

---

[No. 7322.  Decided August 6, 1908.]

CHARLES G. SCOTT, Respondent, v. LOYAL YOUNG, Appellant.[2]

Appeal from a judgment of the superior court for King county,
Gilliam, J., entered October 19, 1907, upon findings in favor of the
plaintiff, after a trial on the merits before the court without a jury,
in an action on a promissory note. Affirmed.

*Larrabee & Wright*, for appellant.
*Wm. Parmerlee* and *L. J. Rickard*, for respondent.

PER CURIAM.—The respondent brought this action to recover upon
a promissory note executed by the appellant and purchased by the
respondent before maturity. The defense was that the note was
without consideration and procured by fraud by the payee therein
named; that the respondent was not an innocent purchaser, and had
knowledge of the facts surrounding the execution and delivery of
the note to the payee. This affirmative defense was the main ques-
tion of fact at the trial. The court found in favor of the respondent,
and rendered judgment for the amount of the note, viz.: $300, and
interest from maturity.

It is claimed that the court erred in finding that the respondent
was an innocent purchaser for value before maturity. The evidence
is in conflict upon this point, but we think the weight is in favor of
the finding. The judgment must therefore be affirmed.

[1]Reported in 96 Pac. 1054.
[2]Reported in 96 Pac. 1038.